UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:18-cr-00061-RLY-MPB |
| | ) | |
| SAMUEL KING, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 12, 2022, the Court held an Initial Appearance hearing on the Petition for Warrant for Violation of Supervised Release, filed on February 22, 2020. (Dkt. No. 46). Defendant King appeared in person with appointed counsel David Lamont. The government appeared by Lauren Wheatley, Assistant United States Attorney. The United States Probation and Parole Office appeared by Officer Justin Driskill.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 49). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim. P.32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant King of his rights and provided him with a copy of the petition.

2. Defendant orally waived his right to a preliminary hearing.

3. After being placed under oath, Defendant King admitted violations No. 3 (Dkt. No. 46).

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | "The defendant shall not commit another federal, state, or local crime."<br><br>On February 14, 2022, Mr. King was arrested in Vanderburgh County, Indiana and subsequently charged in Vanderburgh Superior Court under Cause 82D03-2202-F6-901 for Ct. I: Domestic Battery committed in the presence of a child less than 16 years old, a Level 6 Felony and Ct. II: Domestic Battery - Defendant has a prior conviction, a Level 6 Felony. |

5. The parties stipulated that:

   (a) The highest grade of violation is a Grade **B** violation.

   (b) Defendant's criminal history category is **III**.

   (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **8-14** months' imprisonment.

The Parties jointly recommend a sentence of six (6) months imprisonment with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he be sentenced to the custody of the Attorney General or his designee for a period of six (6) months with

credit for time served from the date of August 5, 2022.  No further supervision to follow upon release from the Bureau of Prisons.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated:  August 22, 2022

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal